U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 11 2026
CLERK, U.S. DISTRICT COURT
By ______
Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

ROCIO THRASHER (01)

Case No.

4-26CR-315-O

# INDICTMENT

The Grand Jury Charges:

## Introduction

1. Defendant **Rocio Thrasher** was born in Mexico and is a citizen of that country. She became a lawful permanent resident of the United States in 2018. She is not a United States citizen and has never applied to become one.

2. On June 10, 2024, **Thrasher** registered to vote in Tarrant County using a Texas Voter Registration Application. She signed this form certifying and attesting under oath that she was a "resident of [Tarrant] county and a U.S. citizen" and that she understood it was a criminal offense to give "false information to procure a voter registration."

3. Based on the information **Thrasher** provided in her application, including her false statement that she was a United States citizen, **Thrasher's** application to register to vote was accepted, and she was successfully registered to vote in the State of Texas.

4. On or about October 25, 2024, **Thrasher** voted early in person for the November 2024 general and special elections. She cast her ballot at the Sheriff's Office North Patrol Division in Fort Worth. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

5. Paragraphs 1 through 4 are incorporated in each Count of this Indictment.

***[Remainder of page intentionally left blank]***

Count One
Voting by an Alien in a Federal Election
(Violation of 18 U.S.C. § 611)

On or about October 25, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Rocio Thrasher**, an alien, knowing that she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611.

Count Two
False Statements of Citizenship in Order to Register to Vote
(Violation of 18 U.S.C. § 1015(f))

On or about June 10, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Rocio Thrasher**, an alien, knowing that she was not a United States citizen, knowingly made a false statement or claim that she was a citizen of the United States in order to register to vote in a Federal, State, and Local election.

In violation of 18 U.S.C. § 1015(f).

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

ROCIO THRASHER (01)

---

INDICTMENT

18 U.S.C. § 611
Voting by an Alien in a Federal Election
Count 1

18 U.S.C. § 1015(f)
False Statements of Citizenship in Order to Vote
Count 2

---

A true bill rendered:

---

FORT WORTH ______________________ FOREPERSON

Filed in open court this 10th day of September, 2026.

---

**Warrant to issue.**

______________________
UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter